1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866  (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC | ) |
| Plaintiff,       vs. | ) Case No.: 2:10-CV-09246-WDK-FMO |
| SERZH VLADIMIROVICH CHERKENDOV, et al, | ) [RENEWAL OF JUDGMENT BY CLERK |
| Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Serzh Vladimirovich Cherkendov, an individual d/b/a Amazon Bar & Grill and Pan Amazon, Inc., an unknown business entity d/b/a Amazon Bar & Grill, entered on January 9, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | 5,040.00 |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | 5,040.00 |
| f. | Interest after judgment(.12%) | $ | 59.92 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | 5,099.92 |

Dated: December 2, 2021         CLERK, by Deputy  *Sharon Hall Brown*
                                Kiry A. Gray,
                                Clerk of U.S. District Court